1  **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

8

9  United States of America,            )    CR-11-802-PHX-SRB
                                         )
10            Plaintiff,                 )
                                         )    **DETENTION  ORDER**
11  vs.                                  )
                                         )
12  Ramon Lopez-Valencia,                )
                                         )
13            Defendant.                 )
                                         )
14  _____    )

15        A detention hearing and a preliminary revocation hearing on the Petition on

16  Supervised Release were held on October 19, 2012.

17        **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

18  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

19  has consented to the issue of detention being made based upon the allegations in the Petition.

20        **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

21  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

22  he is not a serious flight risk.  *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

23        **IT IS ORDERED** that the Defendant shall be detained pending further order of the

24  court.

25        DATED this 19th day of October, 2012.

26

27                                    _____

28                                    Lawrence O. Anderson
                                      United States Magistrate Judge